UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTER DIVISION

| | |
|---|---|
| **JILL FITZER**, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>**ZYNGA, INC.**,<br><br>      Defendant. | Case No. 2:25-cv-01262-JLG-CMV<br><br>Judge James L. Graham<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING PLAINTIFF'S CLAIMS TO ARBITRATION, STAYING CASE, AND PRESERVING POSITIONS** |

Plaintiff Jill Fitzer and Defendant Zynga, Inc. ("Zynga") stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 28, 2025 (Doc.# 1);

WHEREAS, Zynga filed on January 14, 2026 (Doc.# 4) a Motion to Compel Arbitration of all of Plaintiff's claims pursuant to the terms of the Arbitration Agreement contained within Zynga's Terms of Service and Plaintiff's opposition to that motion is currently due on February 4, 2026; and

WHEREAS, the parties have met and conferred and agree that Plaintiff's claims should be submitted to arbitration in the first instance and that this action should be stayed pending the outcome of the arbitration pursuant to Supreme Court precedent. *Smith v. Spizzirri*, 601 U.S. 472, 474 (2024).

NOW, THEREFORE, the Parties stipulate and agree, subject to this Court's approval, that:

1.     All of the claims Plaintiff has submitted in this action shall instead be submitted to arbitration in the first instance.

10912584:v1

2. This Court shall stay all proceedings in this matter including all pending deadlines.

3. By agreeing to submit her claims to arbitration, Plaintiff does not waive, and expressly reserves, all arguments as to the scope of the arbitration, including but not limited to, all arguments as to the formation, validity, and enforceability of the terms of service, the arbitration provision, and the delegation provision contained within the arbitration provision, as well as which terms, if any, apply. By agreeing to submit to arbitration in the first instance, Plaintiff is not waiving any arguments in opposition to Zynga's arguments in paragraph 4.

4. By agreeing to submit Plaintiff's claims to arbitration, Zynga does not waive, and expressly reserves all arguments in opposition to Plaintiff's above-enumerated reservations, as well as all additional defenses, including but not limited to defenses: that could be raised pursuant to F.R.C.P. Rule 12(b), that Plaintiff lacks standing to pursue his claims, that Plaintiff has failed to state a claim under Ohio law, that New York law (not Ohio law) governs this case, that Plaintiff's claims must be dismissed subject to the class action waiver contained within Zynga's Terms of Service and Arbitration Agreement, that Plaintiff's recovery, if any, is limited by the limitation of liability contained with Zynga's Terms of Service, and that upon return this case should be transferred to New York pursuant to the forum selection clause contained within Zynga's Terms of Service. Nothing herein shall be read or implied as a concession regarding any of Zynga's defenses.

DATED:  February 3, 2026                                   Respectfully submitted,

By: <u>*Per email authorization 2/3/26*</u>          By: <u>*/s/ Robin D. Miller*</u>
    Dargan M. Ware                                              Robin D. Miller  (0074375)
    DAVIS & NORRIS, LLP                                   STITES & HARBISON PLLC
    2154 Highland Avenue South                          5325 Deerfield Blvd.
    Birmingham, Alabama 35205                          Mason, Ohio 45040
    Telephone: 205.930.9900                                 Telephone: (513) 445-6597
    dware@davisnorris.com                                   rmiller@stites.com

    Joshua D. Rockwell
    ROCKWELL LLC
    47 East Wilson Bridge Road                          *Attorney for Defendant*
    Worthington, Ohio 43085                                *Zynga, Inc*.
    Telephone: (614) 315-1970
    jrockwel@lawrockwell.com


*Attorney for Plaintiff*
*Jill Fitzer*


        **SO ORDERED** this <u> 4th </u> day of <u> February </u>, 2026

                                                          /s/James L. Graham
                                                       UNITED STATES DISTRICT JUDGE